

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-18-00180-CR

HARRY C. WASHINGTON                                                    APPELLANT

V.

THE STATE OF TEXAS                                                            STATE

----------

FROM THE 297TH DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NO. 1458141D

----------

## MEMORANDUM OPINION[1]

----------

On April 27, 2018, we notified Appellant Harry C. Washington of our concern that we lacked jurisdiction over this appeal because he was attempting to appeal from a judgment of acquittal.[2]  We generally have jurisdiction to

---

[1]See Tex. R. App. P. 47.4.

[2]Appellant's companion case in cause number 02-18-00181-CR remains pending because that appeal is from a judgment of conviction.

consider an appeal in a criminal case only when there has been a final judgment of conviction. *See* Tex. Code Crim. Proc. Ann. art. 44.02 (West 2018); *McKown v. State*, 915 S.W.2d 160, 161 (Tex. App.—Fort Worth 1996, no pet.).

We informed Appellant that his appeal would be dismissed for want of jurisdiction unless he or any party desiring to continue the appeal filed with this court, on or before May 7, 2018, a response showing grounds for continuing the appeal. *See* Tex. R. App. P. 43.2(f), 44.3. No response has been filed. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

/s/ Bonnie Sudderth

BONNIE SUDDERTH
CHIEF JUSTICE

PANEL: SUDDERTH, C.J.; WALKER and MEIER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: June 7, 2018